**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Case No: 1:22-cr-199-CJN |
| | : | |
| THOMAS SMITH | : | |
| Defendant. | : | |

**ENTRY OF APPEARANCE**

The Clerk of the Court will please enter the appearance of J. Michael Hannon of HANNON LAW GROUP, LLP, as counsel of record for Defendant Thomas Smith, Jr. in the above-captioned case.

Dated: June 6, 2022

Respectfully submitted,

HANNON LAW GROUP, LLP

*/s/ J. Michael Hannon*
J. Michael Hannon, #352526
333 8th Street, NE
Washington, DC 20002
Tel: (202) 232-1907
Fax: (202) 232-3704
jhannon@hannonlawgroup.com

*Attorneys for Defendant Thomas Smith*