**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| v. | : | Case No. 1:22-cr-199-CJN |
| | : | |
| THOMAS SMITH | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Harrison E. Richards of

HANNON LAW GROUP, LLP, as counsel of record for Defendant Thomas Smith in the

above-captioned case.

Dated: June 6, 2022                    Respectfully submitted,

HANNON LAW GROUP, LLP

*/s/ Harrison E. Richards*
Harrison E. Richards, #1723607
333 8th Street, NE
Washington, DC 20002
Tel: (202) 232-1907
Fax: (202) 232-3704
hrichards@hannonlawgroup.com

*Attorneys for Defendant Thomas Smith*