## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| v. | : | Case No. 1:22-cr-199-CJN |
| | : | |
| THOMAS SMITH | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Rachel E. Amster of HANNON LAW GROUP, LLP, as counsel of record for Defendant Thomas Smith in the above-captioned case.

Dated: June 6, 2022                     Respectfully submitted,

                                        HANNON LAW GROUP, LLP

                                        */s/ Rachel E. Amster*
                                        Rachel E. Amster, #1618887
                                        333 8th Street, NE
                                        Washington, DC 20002
                                        Tel: (202) 232-1907
                                        Fax: (202) 232-3704
                                        ramster@hannonlawgroup.com

                                        *Attorneys for Defendant Thomas Smith*