UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) <br> ) <br> ) Criminal No. 1:22-cr-199 (CJN) |
| v. | ) <br> ) |
| THOMAS SMITH, | ) 18 U.S.C. § 242 <br> ) (Deprivation of Rights Under Color of Law) |
| *Defendant.* | ) <br> ) |

**STATEMENT OF OFFENSE**

Pursuant to Federal Rule of Criminal Procedure 11, the United States of America, by and through the undersigned attorneys, and the defendant, Thomas Smith, with the concurrence of his attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the following facts beyond a reasonable doubt:

1. The United States Capitol Police (USCP) is a law enforcement agency of the United States responsible for, among other things, upholding the Constitution and enforcing the laws of the United States and the District of Columbia.

2. As of June 2020, Smith was a sworn USCP officer with more than 10 years' experience on the force. He was assigned as a patrol officer to the Special Operations Division. Smith was trained in and aware of the duties and responsibilities of USCP officers and of USCP policies and procedures.

3. On June 20, 2020, and extending into the early morning hours of June 21, 2020, Smith was on duty as a uniformed USCP officer, assigned to vehicular patrol. His duties included conducting security checks at the homes of Members of Congress, which are referred to within USCP as "dignitary checks." Smith reported for his shift to the Fairchild Building, a USCP station

located at 499 South Capitol Street, Southeast.  He was assigned to drive a marked USCP sedan, which he occupied by himself.

4. On June 20, 2020, around 11:34 p.m., Smith was on patrol conducting dignitary checks in Georgetown, a neighborhood in the Northwest quadrant of the District of Columbia. Smith was traveling westbound on Reservoir Road, approaching the intersection with Wisconsin Avenue.  Two motorized cycles, one of which was driven by W.W., were ahead of Smith and seen traveling southbound on Wisconsin Avenue.

5. Smith turned right on Wisconsin Avenue traveling southbound to follow the motorized cycles.  W.W. was in the lead of the two motorized cycles.  Smith followed the motorized cycles, without having activated his police cruiser's emergency lights.

6. Although USCP policies and procedures prohibit police vehicular pursuits outside the Capitol grounds, except in emergencies and only upon supervisory approval, Smith did not notify dispatch or seek supervisory approval to conduct a vehicular pursuit of the motorized cycles.

7. Smith followed the two motorized cycles southbound through a sharp righthand bend on Wisconsin Avenue just north of the intersection of Wisconsin Avenue and Prospect Street. Approximately 100 feet north of Prospect Street, Smith activated his emergency lights.  W.W. and the other motorcyclist continued south on Wisconsin Avenue, with W.W. still in the lead.

8. Shortly after the motorcyclists passed a Wawa Store on the southwest corner of Wisconsin Avenue and Prospect Street, and as Smith continued pursuit closely and at a higher rate of speed, Smith deactivated his cruiser's emergency lights.  As the group approached the Wisconsin Avenue and M Street intersection, the traffic signal at M Street for southbound traffic was red.  Smith continued to follow the motorcyclists closely.

9. As Smith and W.W. approached the intersection of Wisconsin Avenue and M Street, Smith's cruiser struck W.W.'s motorized cycle. In doing so, Smith caused W.W.'s motorized cycle to crash, knocking W.W. into the air before he hit the asphalt roadway.

10. As W.W. lay on the roadway, Smith drove his cruiser around W.W. and through the intersection. Smith then left the traffic collision scene by continuing southbound along Wisconsin Avenue toward the Potomac riverfront.

11. Although USCP policies and procedures require USCP officers to notify the USCP dispatcher, a supervisor, and the Metropolitan Police Department of a traffic collision occurring while on duty outside the Capitol grounds, at no point after crashing into W.W.'s motorized cycle did Smith notify anyone. Smith took no action to seek any medical assistance for W.W. or to ensure that no further harm came to W.W. as he lay on the road.

12. During the conduct described above, Smith willfully placed W.W. at a substantial risk of serious harm by driving his vehicle in a reckless and dangerous manner, and Smith acted with deliberate indifference to the risk he created.

13. W.W. suffered bodily injury from the collision, including abrasions to the face, head, arms, and knees.

14. After the collision with W.W., and before Smith's shift ended on June 21, 2020, Smith: entered false information into the USCP Computer Assisted Dispatch (CAD) system; falsified information on an USCP Equipment Log concerning which vehicle he had been assigned during his shift; falsified an entry on a USCP Daily Vehicle Inspection Report; and made false statements to a USCP Sergeant about the collision with W.W.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

By: /s/ *Timothy Visser*
Timothy Visser (DC Bar No. 1028375)
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
202-252-2590
timothy.visser@usdoj.gov

KRISTEN M. CLARKE
ASSISTANT ATTORNEY GENERAL

By: /s/ *Laura-Kate Bernstein*
Laura-Kate Bernstein (**** Bar. No.)
Sanjay Patel (IL Bar No. 6272840)
Trial Attorneys
150 M Street, NE
Washington, DC 20530
202-307-6188
laura-kate.bernstein2@usdoj.gov
sanjay.patel@usdoj.gov

## DEFENDANT'S ACCEPTANCE

The preceding statement is a summary, made for the purpose of providing the Court with a factual basis for my guilty plea to the charge against me. It does not include all of the facts known to me regarding this offense. I make this statement knowingly and voluntarily and because I am, in fact, guilty of the crime charged.

I have read every word of this Statement of Offense. Pursuant to Fed. R. Cr. P. 11, after consulting with my attorney, I agree and stipulate to this Statement of Offense, and declare under penalty of perjury that it is true and correct.

Date: 10/13/23

_____
Thomas Smith
Defendant

I have discussed this Statement of Offense with my client, Thomas Smith. I concur with her decision to stipulate to this Statement of Offense.

Date: Oct. 13, 2023

s/J. Michael Hannon
_____
J. Michael Hannon
Counsel to Thomas Smith